**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOUVE,** *et al.* | **CIVIL ACTION** |
| **VERSUS** | **No. 06-10894** |
| **STATE FARM FIRE AND CASUALTY CO.,** *et al.* | **SECTION:  I/5** |

<u>**ORDER**</u>

Before the Court is a motion to remand filed on behalf of plaintiffs, Patrick and Elizabeth Jouve.  Plaintiffs argue that complete diversity does not exist between the parties and, therefore, the Court does not have subject matter jurisdiction pursuant to 28 U.S.C. § 1332.  Defendants in the case are State Farm Firm and Casualty Company ("State Farm"), Carl W. Mixon, and Michael Whittle.  Despite arguing in its notice of removal that plaintiffs had improperly joined Mixon and Whittle--whose presence in the case would destroy diversity--State Farm does not oppose plaintiffs' motion.[1]  The Court agrees that Mixon and Whittle are properly joined, that diversity jurisdiction does not exist, and that remand is appropriate.

Accordingly,

**IT IS ORDERED** that plaintiffs' motion to remand[2] is **GRANTED**, and this case is

---

[1]Rec. Doc. No. 7.

[2]Rec. Doc. No. 6.

**REMANDED** to the Civil District Court for the Parish of Orleans, Louisiana.

New Orleans, Louisiana, February _____5th_____, 2007.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**
